UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHARLES RAY JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKINGS POLICE DEPARTMENT, DAMIAN WEETS, IN HIS OFFICIAL CAPACITY, AND JOHN MCQUISTION;<br><br>Defendants. | 4:18-CV-04164-RAL<br>4:18-CV-04165-RAL<br>4:18-CV-04166-RAL<br><br>JUDGMENT OF DISMISSAL |

For the reasons explained in the Opinion and Order filed herewith, it is hereby

ORDERED, ADJUDGED, AND DECREED that Judgment of Dismissal enters in 18-CV-4164, 18-CV-4165, and 18-CV-4166 under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED May 17th, 2019.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE